```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
```

AIRGAS SPECIALTY GASES INC.,   :
    Plaintiff,                 :
    v.                         :   CASE NO. 3:09cv1302(AWT)
SHIVESH KUMAR,                 :
    Defendants.                :

## ORDER & NOTICE

Pending before the court is the plaintiff's motion to enforce the parties' settlement agreement. The parties' briefs filed in support of and in opposition to the motion have been filed under seal on the grounds that the briefs contained confidential settlement discussions and terms. The court found that the parties' interests in maintaining the confidentiality of the terms of their settlement outweighed the public's interests in accessing settlement discussions and documents and granted the requests.

At this juncture, the court's recommended ruling on the plaintiff's motion is filed under seal. Any motions requesting that the ruling be filed with redactions and/or remain sealed shall be filed by October 21, 2010 and shall comply with D. Conn. L. Civ.R. 5(e) (requiring "particularized findings demonstrating that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons"). If no motions are filed, the ruling shall be unsealed.

SO ORDERED at Hartford, Connecticut this 21st day of September, 2010.

                                            _____/s/_____
                                            Donna F. Martinez
                                            United States Magistrate Judge